UTICA,
Aug. 1824.

Rose
v.
Bates.

A circuit judge
may grant an
order for a
stay of procee-
dings till the
further order
of this court,
upon a verdict,
&c. though be-
fore a case set-
tled.

Rose *against* Bates, Sheriff of Ontario.

A TRIAL being had and a verdict rendered for the defen-dant, in *June* last, at the *Ontario* Circuit, the plaintiff's at-torney made and served a case for the purposes of a new tri-al, to which amendments had been proposed and notice of settling the case given ; but, before settled, the Circuit Judge granted a general order, that " all proceedings on the part of the defendant in this cause, upon the verdict rendered in the same, be stayed until the further order of this Court ;" and now,

*J. C. Spencer*, for the defendant, moved to set aside the order as irregular. He said the Judge had power to enlarge the time for making a case, proposing amendments, &c. but he cannot grant an indefinite order to stay proceedings " un-til the further order of 'he Court." It may deprive the par-ty of an appeal to this Court, from an order on the *case set-tled*, where the opposite party has ample time to settle the case before the term.

*W. Hubbell*, contra.

*Curia.* We think the Judge had a right to grant this or-der. He understands the case ; it is tried and finally settled before him ; and he will not grant the order unless satisfied that, *when settled*, there will be probable cause for setting aside the verdict. We see no reason for requiring the party to wait till after the case settled, before he obtains this gen-eral order.

Motion denied.